FILED IN
COURT OF CRIMINAL APPEALS

September 27, 2016

ABEL ACOSTA, CLERK

PD-0771-16,PD-0772-16,PD-0773-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/26/2016 6:28:24 PM
Accepted 9/27/2016 8:04:49 AM
ABEL ACOSTA
CLERK

# THE ALLEN LAW FIRM

*Attorneys and Counselors at Law*

4144 NORTH CENTRAL EXPRESSWAY
SUITE 650
DALLAS, TEXAS 75204-3255

Phone: 214.824.7711
Facsimile: 214.824.7714

September 26, 2016

Mr. Abel Acosta                                               *via U.S. mail and electronic filing*
Clerk for Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

**Re: PETE, EX PARTE ANDREW**
**CCA Nos.: PD-0771-16, PD-0772-16, PD-0773-16**
**COA Nos.: 05-15-01521-CR, 05-15-01522-CR, 05-15-01523-CR**

Dear Mr. Acosta:

Please be advised my office has been retained to represent Appellant, Andrew Pete, in the above referenced cause(s). As such, I would very much appreciate my name being entered as attorney of record and sending me notice of all pertinent matters regarding this case.

If you have any questions or concerns, please do not hesitate to contact me directly. Thank you in advance for your attention to this matter.

Respectfully,
THE ALLEN LAW FIRM

/s/*Scottie D. Allen*
SCOTTIE D. ALLEN
SBN: 01058020
LYSETTE R. RIOS
SBN: 24083739
4144 N. Central Expressway, Ste. 650
Dallas, Texas 75204
Phone: (214) 824-7711
Facsimile: (214) 824-7714
Email: scottie_d_allen@scottiedallenlaw.com